```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - X
 UNITED STATES OF AMERICA            :
                                        UNSEALING
            - v. -                   :  ORDER

 ADRIAN ALFARO DIAZ,                 :
                                        20 Mag. 2039
            Defendant.               :  20 Cr. __ (DLC)

- - - - - - - - - - - - - - - - - - X
```

Upon application of the United States of America, by and through Assistant United States Attorney Jessica Greenwood, it is hereby ORDERED that Criminal Complaint 20 Mag. 2039, which was filed under seal on February 21, 2020, be unsealed immediately.

SO ORDERED.

Dated:   New York, New York
         June 19, 2020

_____
JAMES L. COTT
United States Magistrate Judge