```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    20cr305(DLC)
UNITED STATES OF AMERICA                 :
                                         :         ORDER
              -v-                        :
                                         :
ADRIAN ALFARO DIAZ,                      :
                                         :
                    Defendant.           :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

The sentencing proceeding is scheduled to occur on **February 25, 2021** at **11 a.m.** The defendant is incarcerated. Due to the COVID-19 pandemic, the defendant may have the option of appearing in court or through a videoconference. If, due to the increase in demand for videoconference proceedings, a videoconference is not available it may be possible to arrange for a telephone conference. Accordingly, it is hereby

ORDERED that defense counsel shall respond to the following two questions by **February 18, 2021**:

1) Does the defendant consent to have the proceeding occur as a videoconference?

2) If a videoconference is unavailable, does the defendant consent to have the proceeding occur as a telephone conference?

If the defendant consents to either option, please complete and submit the written consent form attached to this Order if it is feasible to do so.

Dated:   New York, New York
         February 10, 2021

                                              _____
                                                        DENISE COTE
                                              United States District Judge