```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :      20cr305(DLC)
UNITED STATES OF AMERICA                 :
                                         :           ORDER
             -v-                         :
                                         :
ADRIAN ALFARO DIAZ,                      :
                                         :
                      Defendant.         :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On February 22, 2021, this Court issued an Order scheduling the defendant's sentencing for February 25, 2021 at 11 a.m. via a videoconference proceeding.  On February 24, the Court was advised by the US Attorney's Office that the videoconference proceeding is not available.  On February 19, counsel for the defendant filed a letter on ECF confirming that the defendant consents for the proceeding to occur via telephone conference if a videoconference is not available.  Accordingly, it is hereby

ORDERED that the sentencing shall occur on **February 25** at **11 a.m.** as a telephone conference. The dial-in credentials for the telephone conference are the following:

**Dial-in:** 888-363-4749
**Access code:** 4324948

IT IS FURTHER ORDERED that the parties shall use a landline if one is available.

Dated:    New York, New York
          February 24, 2021

                                     _____
                                           DENISE COTE
                                    United States District Judge