```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :   20cr305(DLC)
UNITED STATES OF AMERICA                 :
                                         :        ORDER
             -v-                         :
                                         :
ADRIAN ALFARO DIAZ,                      :
                                         :
                        Defendant.       :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

A letter from the Government dated March 26, 2021 requested the entry of a second amended Judgment in this action correcting the Title and Section of count two of the Judgment from 18 U.S.C. § 1956(a)(1)(B)(i) and 2 to 18 U.S.C. § 1956(a)(2)(B)(i) and 2.

The Presentence Investigation Report ("PSI") in this action dated February 10, 2021 incorrectly states on the first page that the Title and Section for count one of the indictment is 18 U.S.C. § 1956(a)(2)(b)(i) instead of 18 U.S.C. § 1956(a)(1)(B)(i). Accordingly, it is hereby

ORDERED that the Government's request is granted and the Court will issue a second amended Judgment correcting the Title and Section of count two of the Judgment.

IT IS FURTHER ORDERED that the Probation Department shall issue an amended PSI correcting the Title and Section of count one on the first page.

Dated:   New York, New York
         April 1, 2021

*Denise Cote*
DENISE COTE
United States District Judge